UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JASPER ROBINSON ET AL** | **CASE NO. 6:18-CV-01062** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **GENE LIPPS, ET AL.** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, the Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss filed by Mayor-Present Joel Robideaux and Chief of Police Tony Aguillard (Rec. Doc. 31) be GRANTED, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 5th day of August, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE